**Order entered February 11, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01391-CV

**MARSHA FONTANIVE, Appellant**

**V.**

**CDX HOLDINGS, INC, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-14-01736-A**

## ORDER

Before the Court is appellant's February 6, 2015, unopposed motion to substitute appellant's amended opening brief for appellant's opening brief. We **GRANT** appellant's motion and consider her brief received on February 6, 2015, properly before the Court.

/s/     CRAIG STODDART
       JUSTICE